Opinion issued April 10, 2003






 








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00973-CV

____________


C.R.U. & ASSOCIATES, INC., Appellant


V.


TRAVIS MCLEROY, CLEARWORKS TECHNOLOGIES, INC. AND
CENTURION ALARM SERVICES, INC., Appellees






On Appeal from the 334th District Court

Harris County, Texas

Trial Court Cause No. 2002-07689






O P I N I O N

 This is an appeal from a judgment signed August 9, 2002. Appellant has
invoked the jurisdiction of this Court by filing a notice of appeal, but it has not paid
the appellate filing fee. On October 15, 2002, this Court ordered that unless, within
15 days of the date of the order, appellant paid the appellate filing fee, his appeal
would be dismissed. The 15 days have expired and appellant has not paid the
appellate filing fee.

 On December 17, 2002, we ordered that unless, within 30 days of the date of
the order, appellant filed his brief and a reasonable explanation for failure to timely
file his brief, this Court would dismiss his appeal for want of prosecution. The 30
days have expired and appellant has not responded.

 The appeal is dismissed for want of prosecution. See Tex. R. App. P. 5; Order
Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of
Appeals, Misc. Docket No. 98-9120 (Tex. Jul. 21, 1998); Tex. Gov't Code Ann. §
51.207(a) (Vernon Supp. 2003); Tex. R. App. P. 38.8(a)(1).

PER CURIAM

Panel consists of Justices Hedges, Alcala, and Hanks.